AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
# DELAWARE

| Teleconference Systems, LLC | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 09-200 |
| Procter & Gamble Pharmaceuticals, Inc., et al. | ) |
| Defendant | ) |

Summons in a Civil Action

To: *(Defendant's name and address)*

Applied Materials, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington DE 19801

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Anthony G. Simon
The Simon Law Firm, P.C.
701 Market Street, Suite 1450
St. Louis, Missouri 63101

Joelle E. Polesky
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, Delaware 19899

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
Name of clerk of court

Date: MAR 2 7 2009

*/s/ Debra Smith*
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)   09-200

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*  APPLIED MATERIALS, INC.

was received by me on *(date)*  3/30/09

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  SCOTT LASCALA (PROCESS AGENT) , who is designated by law to accept service of process on behalf of *(name of organization)*  APPLIED MATERIALS, INC.
C/O THE CORPORATION TRUST CO. 1209  ORANGE ST. WILMINGTON, DE   on *(date)* 3/30/09 , or

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):*


My fees are $ _____  for travel and $ 35.00  for services, for a total of $ 35.00

I declare under penalty of perjury that this information is true.

Date: 3/30/09

*Server's signature*

BARRY EVELAND
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD PO BOX 1360 WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc: