AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

# DELAWARE

| | |
|---|---|
| Teleconference Systems, LLC | ) |
| Plaintiff | ) |
| v. | )   Civil Action No.   09 200 |
| Procter & Gamble Pharmaceuticals, Inc., et al. | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Procter & Gamble Pharmaceuticals, Inc.
c/o CT Corporation System
1300 East Ninth Street
Cleveland OH 44114

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Anthony G. Simon                         Joelle E. Polesky
The Simon Law Firm, P.C.                 Smith, Katzenstein & Furlow, LLP
701 Market Street, Suite 1450            800 Delaware Avenue, Suite 1000
St. Louis, Missouri 63101                P.O. Box 410
                                         Wilmington, Delaware 19899

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**PETER T. DALLEO**
Name of clerk of court

Date:  MAR 2 7 2009

*[signature]*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*