IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELECONFERENCE SYSTEMS, LLC,  )<br>  )<br>                      Plaintiff,  )<br>  )<br>              v.  )<br>  )<br>PROCTER & GAMBLE  )<br>PHARMACEUTICALS, INC., HSBC USA,  )<br>INC., BAXTER HEALTHCARE  )<br>CORPORATION, APPLIED MATERIALS,  )<br>INC., WACHOVIA CORPORATION,  )<br>STAPLES, INC. CABELA'S  )<br>INCORPORATED and ENBRIDGE  )<br>HOLDINGS (U.S.), L.L.C.,  )<br>  )<br>                      Defendants.  ) | C.A. No. 09-200 (JBS) |

## DEFENDANTS' MOTION TO STAY PROCEEDINGS

For the reasons stated in the motion of Cisco Systems, Inc. ("Cisco") to intervene and stay this case (D.I. 13-14), defendants move to stay all proceedings in this action pending the resolution of *Cisco Systems, Inc. v. Teleconference Systems, LLC, et al.*, Case No. C09-01550-PVT, pending in the United States District Court for the Northern District of California. The filing of this motion tolls the time to respond to the complaint. *Intravascular Research Ltd. v. EndoSonics Corporation*, 994 F. Supp. 564, 567 n.3 (D. Del. 1998). Defendants reserve all rights to assert any defenses, including lack of personal jurisdiction, in this action.

                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                            /s/ Jack B. Blumenfeld

                                            Jack B. Blumenfeld (#1014)
                                            1201 N. Market St.
                                            P. O. Box 1347
                                            Wilmington, DE 19899-1347
                                            (302) 658-9200
                                            jblumenfeld@mnat.com

                                                 *Attorneys for Defendants*

April 20, 2009

## RULE 7.1.1 CERTIFICATE

I hereby certify that I have raised the subject of the foregoing motion with counsel for plaintiff and that as of this time, the parties have not reached agreement thereon.

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2009, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Joelle E. Polesky, Esquire
> SMITH, KATZENSTEIN & FURLOW LLP

I further certify that I caused copies of the foregoing document to be served on April 20, 2009, upon the following in the manner indicated:

| | |
|---|---|
| Joelle E. Polesky, Esquire<br>SMITH, KATZENSTEIN & FURLOW LLP<br>800 Delaware Avenue<br>10th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Anthony G. Simon, Esquire<br>Timothy E. Grochocsinski, Esquire<br>THE SIMON LAW FIRM, P.C.<br>701 Market Street – Suite 1450<br>St. Louis, MO 63101 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)