IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELECONFERENCE SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 09-200 (JBS) |
| ) | |
| PROCTOR & GAMBLE ) | |
| PHARMACEUTICALS, INC., HSBC USA, ) | |
| INC., BAXTER HEALTHCARE ) | |
| CORPORATION, APPLIED MATERIALS, ) | |
| INC., WACHOVIA CORPORATION, ) | |
| STAPLES, INC., CABELA'S ) | |
| INCORPORATED, ENBRIDGE HOLDINGS ) | |
| (U.S.), L.L.C. and CISCO SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' RENEWED MOTION TO STAY PROCEEDINGS

In response to plaintiff's First Amended Complaint (D.I. 18), for the reasons stated in the motion of Cisco Systems, Inc. ("Cisco") to intervene and stay this case (D.I. 13-14), the Defendants move to stay all proceedings in this action pending the resolution of *Cisco Systems, Inc. v. Teleconference Systems, LLC, et al.*, Case No. C09-01550-JSW, pending in the United States District Court for the Northern District of California. The filing of this motion tolls the time to respond to the First Amended Complaint. *Intravascular Research Ltd. v. EndoSonics Corporation*, 994 F. Supp. 564, 567 n.3 (D. Del. 1998). The Defendants reserve all rights to assert any defenses, including lack of personal jurisdiction, in this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com

May 11, 2009

*Attorneys for Defendants*

## RULE 7.1.1 CERTIFICATE

    I hereby certify that the subject of the foregoing motion has been discussed with counsel for plaintiff and that the parties have not been able to reach agreement.

                                                     */s/ Jack B. Blumenfeld*
                                                     Jack B. Blumenfeld (#1014)

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2009, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Joelle E. Polesky, Esquire
> SMITH, KATZENSTEIN & FURLOW LLP

I further certify that I caused copies of the foregoing document to be served on May 11, 2009, upon the following in the manner indicated:

| | |
|---|---|
| Joelle E. Polesky, Esquire<br>SMITH, KATZENSTEIN & FURLOW LLP<br>800 Delaware Avenue<br>10th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Anthony G. Simon, Esquire<br>Timothy E. Grochocsinski, Esquire<br>THE SIMON LAW FIRM, P.C.<br>701 Market Street – Suite 1450<br>St. Louis, MO 63101 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)