[C.A. No. 09-200, Doc. No. 13, 17, 23, 38, 50]
[C.A. No. 09-632, Doc. No. 45]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELECONFERENCE SYSTEMS,<br><br>              Plaintiff,<br><br>   v.<br><br>PROCTOR & GAMBLE<br>PHARMACEUTICALS, INC.,<br><br>              Defendant. | Civil No. 09-200 (JBS/JS)<br>District of Delaware |
| TELECONFERENCE SYSTEMS,<br><br>              Plaintiff,<br><br>   v.<br><br>HEWLETT-PACKARD CO., et al.,<br><br>              Defendants. | Civil No. 09-632 (JBS/JS)<br>District of Delaware |

**O R D E R**

This matter is before the Court on various motions filed in these consolidated cases; and plaintiff's action docketed at C.A. No. 09-200 being referred to as the "Cisco action"; and plaintiff's action docketed at C.A. No. 09-632 being referred to as the "H-P action"; and the following motions being filed in these consolidated cases: "Motion to Stay" [C.A. No. 09-200, Doc. No. 13] filed by defendant Cisco Systems, Inc. ("Cisco"), "Motion to Stay Proceedings" [Doc. No. 17] filed by the Cisco defendants[1],

---

[1]The Cisco customers or defendants include Enbridge Holdings (US) LLC ("Enbridge"), Proctor & Gamble Pharmaceuticals Inc.,

"Motion to Stay (Renewed)" [C.A. No. 09-200, Doc. No. 23] filed by the Cisco defendants, "Motion to Transfer Case to United States District Court for the Northern District of California" [C.A. No. 09-200, Doc. No. 38] filed by Cisco, "Motion to Transfer Case to Northern District of California" [C.A. No. 09-200, Doc. No. 50] filed by the Cisco defendants, and "Motion to Stay and Transfer Venue" [C.A. No. 09-632, Doc. No. 45] filed by Hewlett-Packard Company ("H-P"); and all defendants in the H-P action joining in H-P's motion[2] [C.A. No. 09-632, Doc. No. 53]; and plaintiff opposing all of these motions; and the Court holding oral argument on the motions on November 13, 2009; and for all the reasons set forth in the accompanying Opinion issued this date; and for good cause shown,

IT IS HEREBY ORDERED this 25th day of November, 2009, that the "Motion to Stay" [C.A. No. 09-200, Doc. No. 13] filed by Cisco is DENIED; and

IT IS FURTHER ORDERED that the "Motion to Stay Proceedings" [C. A. No. 09-200, Doc. No. 17] filed by the Cisco defendants is DENIED; and

---

HSBC USA Inc., Baxter Healthcare Corporation, Applied Materials Inc., Wachovia Corporation, Staples Inc. and Cabela's Incorporated.

   [2]The defendants in the H-P action presently include AstraZeneca Pharmaceuticals LP, Dow Chemical Company, Advanced Micro Devices, Inc. and Dreamworks Animation SKG, Inc. AIG Financial Products Corporation was only recently joined in place of American International Group, Inc. who was dismissed from the case.

IT IS FURTHER ORDERED that the "Motion to Stay (Renewed)" [C.A. No. 09-200, Doc. No. 23] filed by the Cisco defendants is DENIED; and

IT IS FURTHER ORDERED that the "Motion to Transfer Case to United States District Court for the Northern District of California" [C.A. No. 09-200, Doc. No. 38] filed by Cisco and the "Motion to Transfer Case to Northern District of California" [C.A. No. 09-200, Doc. No. 50] filed by the Cisco defendants is GRANTED in part and DENIED in part; and

IT IS FURTHER ORDERED that the "Motion to Stay and Transfer Venue" [C.A. No. 09-632, Doc. No. 45] filed by H-P and joined in by all defendants is GRANTED in part and DENIED in part; and

IT IS FURTHER ORDERED that plaintiff's claim against Enbridge (C.A. No. 09-200) is severed and stayed; and

IT IS FURTHER ORDERED that defendants' request to stay the action against all the customer defendants in the Cisco action (C.A. No. 09-200) and the H-P action (C.A. No. 09-632) is DENIED; and

IT IS FURTHER ORDERED that the request of defendants in the Cisco (C.A. No. 09-200) and H-P actions (C.A. No. 09-632) to transfer these actions to the Northern District of California pursuant to 28 U.S.C. §1404(a) is GRANTED; and

3

IT IS FURTHER ORDERED that this matter shall be transferred to the Northern District of California pursuant to the dictates of this Order.

s/Joel Schneider  
JOEL SCHNEIDER  
United States Magistrate Judge